UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 2:11 - MJ -0267 EFB |
| | ) | |
| v. | ) | |
| | ) | |
| CYNTHIA LYNN VAN HOLLAND | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum          () Ad Testificandum

Name of Detainee:      CYNTHIA LYNN VAN HOLLAND
Detained at (custodian):      Placer County Jail

Detainee is:     a.)     (X) charged in this district by:    ( ) Indictment    ( ) Information    (X) Complaint
                               charging detainee with: Bank Robbery
      or     b.)     ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:     a.)     (X) return to the custody of detaining facility upon termination of proceedings
      or     b.)     ( ) be retained in federal custody until final disposition of federal charges, as a
                             sentence is currently being served at the detaining facility

*Appearance is necessary **July 18, 2012** in the Eastern District of California.*

Signature:      /s/ Michelle Rodriguez
Printed Name & Phone No:      Michelle Rodriguez (916) 554-2773
Attorney of Record for:      United States of America

## WRIT OF HABEAS CORPUS
    (X) Ad Prosequendum          () Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **July 18, 2012,** before an Honorable Magistrate Judge, 501 I Street, 8th Floor, Sacramento, California, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: July 11, 2012

                                                               /s/ Kendall J. Newman
                                             United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | _____ | Gender: | Female |
| Booking or CDC #: | _____ | DOB: | 12/24/1963 |
| Facility Address: | 2775 Richardson Drive | Race: | White |
| | Auburn, CA 95603 | FBI #: | |
| Facility Phone: | (503) 745-8500 | | |
| Currently Incarcerated For: | Bank Robbery | | |

## RETURN OF SERVICE

Executed on     _____     By: _____
                                                                            (Signature)